IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIAN BLAKENEY,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>WELLS FARGO BANK, N.A.; U.S.  §<br>BANK, N.A., as Trustee; and  §<br>BRICE, VANDER LINDEN & WERNICK,  §<br>P.C.,  §<br>§<br>Defendants.  § | CIVIL ACTION NO. H-12-0845 |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order of today granting Defendants Wells Fargo Bank, N.A., U.S. Bank, N.A., and Brice, Vander Linden & Wernick, P.C.'s Motions to Dismiss, this action is **DISMISSED WITH PREJUDICE.**

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 21st day of December, 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE