IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN BLAKENEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-0845 |
| | § | |
| WELLS FARGO BANK, N.A.; U.S. | § | |
| BANK, N.A., as Trustee; and | § | |
| BRICE, VANDER LINDEN & WERNICK, | § | |
| P.C., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order of today granting Defendants Wells Fargo Bank, N.A., U.S. Bank, N.A., and Brice, Vander Linden & Wernick, P.C.'s Motions to Dismiss, this action is **DISMISSED WITH PREJUDICE**.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 21st day of December, 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE